IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FRANCES ELIZABETH CARTER VALENTINE and WILLIAM RILEY BAXTER CARTER,** *in their capacities as co-administrators of the estates of Michael E. Carter,* | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:23-CV-575-L** |
| **WHITETAIL CAPITAL, LLC; PAUL G. COMRIE; and ELEMENTS INTERNATIONAL GROUP, LLC,** | § § § § § | |
| Defendants. | § | |

## ORDER

On December 6, 2023, The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 19) was entered, recommending that the court deny Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint ("Motion") (Doc. 12) that was filed May 19, 2023. No objections to the Report were filed, and the deadline for filing objections has expired.

Having considered the Motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendants' Motion (Doc. 12).

It is so ordered this 21st day of December, 2023.

Sam A. Lindsay
United States District Judge

Order – Solo Page